# RUHNKE & BARRETT
ATTORNEYS AT LAW

| | 47 PARK STREET<br>MONTCLAIR, N.J. 07042<br>973-744-1000 | 2 9 BROADWAY, SUITE 1412<br>NEW YORK, N.Y. 10006<br>212-608-7949 |
|---|---|---|

973-746-1490 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

**MEMO ENDORSED**

REPLY TO **MONTCLAIR** OFFICE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2021
```

January 11, 2021

Via ecf
Honorable Valerie E. Caproni, U.S.D.J.
Southern District of New York
40 Foley Square
New York, NY 10007

                Re:    *United States v. Wilbright, et al.*, 20 Cr. 0667(VEC)

Dear Judge Caproni:

      I represent Jamel Murray, a defendant in this case. I write, respectfully, to request that the Court modify his release conditions by adding New Jersey to Mr. Murray's approved travel list. My main office is in New Jersey and I would like to have the option of meeting with him there.

      Thank you for your attention to this request.

Application GRANTED. Mr. Murray may travel to New Jersey solely for attorney meetings. Otherwise his travel remains restricted to the Southern District of New York and the Eastern District of New York.

Respectfully yours,

*/s/ Jean D. Barrett*
Jean D. Barrett

SO ORDERED.

*[signature]*

1/11/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

C:\CASE FILES\TRIAL_FILES\CASES PENDING TRIAL\Murray, Jamel\Bond\Judge Caproni 1-11-21.wpd