USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA

-against-

JAMEL MURRAY,

                                  Defendant.
------------------------------------------------------------- X

20-CR-667 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS Defendant has requested a change-of-plea hearing;

IT IS HEREBY ORDERED THAT: The hearing will be held <u>in person</u> on **July 8, 2021 at 10:30 a.m.** in Courtroom 443.

Members of the public may attend the hearing by dialing (888) 363-4749, using the access code 3121171 and the security code 0667. Any recording of the hearing is strictly prohibited.

**SO ORDERED.**

Date: June 28, 2021
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**