USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA           :

                                            :      20-CR-667 (VEC)

            -against-                      :

                                            :      <u>ORDER</u>

   JAMEL MURRAY,                        :

                              Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a change-of-plea hearing is scheduled for July 8, 2021;

       IT IS HEREBY ORDERED THAT: The hearing is adjourned to **July 21, 2021 at 4:00 p.m.** in Courtroom 443. Members of the public may attend the hearing by dialing (888) 363-4749, using the access code 3121171 and the security code 0667. Any recording of the hearing is strictly prohibited.

**SO ORDERED.**

Date: July 7, 2021
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**