# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET  
MONTCLAIR, N.J. 07042  
973-744-1000

2 9 BROADWAY, SUITE 1412  
NEW YORK, N.Y.  10006  
212-608-7949

973-746-1490 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)    ◊    JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

**MEMO ENDORSED**

REPLY TO <mark>MONTCLAIR</mark> OFFICE

August 26, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2021
```

Via ecf  
Honorable Valerie E. Caproni, U.S.D.J.  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Re:    *United States v. Wilbright, et al.*, 20 Cr. 0667(VEC)

Dear Judge Caproni:

I represent Jamel Murray, a defendant in this case. He is scheduled to be sentenced on November 2, 2021. I write, respectfully, to request that the Court modify his release conditions from home detention to a curfew. He would still be on location monitoring. His Pretrial Services Officer Joshua Rothman has approved this change and AUSA Christopher Clore has no objection.

Thank you for your attention to this request.

Respectfully yours,

*/s/ Jean D. Barrett*  
Jean D. Barrett

cc via email:   Joshua Rothman, Pretrial Services Officer  
                Jamel Murray  
via ecf:        Christopher Clore, AUSA

Application GRANTED.

SO ORDERED.

*Valerie Caproni* (signature)  
8/26/2021

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE

C:\CASE FILES\SENTENCES\CASES\Murray, Jamel\Bond\Judge Caproni 8-26-21.wpd