USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
UNITED STATES OF AMERICA :
:  20-CR-667 (VEC)
-against- :
:  ORDER
JAMEL MURRAY, :
:
Defendant. :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 2, 2021, Mr. Murray appeared for a sentencing hearing and was sentenced to 5 years of incarceration and 5 years of supervised release; and

WHEREAS the Government argued that Mr. Murray is subject to mandatory remand;

IT IS HEREBY ORDERED that Mr. Murray must respond to the Govenrment's argument in favor of mandatory remand by **January 18, 2022**. If, before that date, Mr. Murray receives a BOP facility designation, he is directed to surrender by the date indicated on his designation.

**SO ORDERED.**

Date: **December 2, 2021**
      **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**