# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000

2 9 BROADWAY, SUITE 1412
NEW YORK, N.Y. 10006
212-608-7949

973-746-1490 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◇   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

January 9, 2022

**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2022

Via ecf
Honorable Valerie E. Caproni, U.S.D.J.
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Wilbright, et al.*, 20 Cr. 667(VEC)

Dear Judge Caproni:

I represent Jamel Murray, who was sentenced by the Court on December 2, 2021. At the time of Mr. Murray's guilty plea, the Court had continued his bond conditions pending his sentence. In the Presentence Report, Probation recommended that Mr. Murray voluntarily surrender to the correctional facility to which he was to be designated.

At Mr. Murray's sentencing hearing, the Government argued that remand was mandatory. Because the issue had not been raised in advance, at my request, the Court continued Mr. Murray's bond and ordered me to file a response to that argument on January 18, 2022. Doc. 167.

Mr. Murray has been ordered to surrender to Ft. Dix on January 18, 2022. Consequently, it is requested the Court vacate as moot the order requiring me to file a response. I have spoken with AUSA Christopher Clore, who has no objection to this request.

Thank you for your consideration of this request.

Respectfully submitted,
/s/ Jean D. Barrett
Jean D. Barrett

cc:   All counsel via ecf

Application GRANTED. The Court's December 2, 2021 Order, *see* Dkt. 167, is VACATED as moot.

C:\CASE FILES\SENTENCES\CASES\Murray, Jamel\Schedule\Judge Caproni 1-9-22.wpd

SO ORDERED.

*[signature: Valerie Caproni]*   1/10/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE